CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendant
The Mission 38 Partners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>THE MISSION 38 PARTNERS, a California Limited Partnership<br><br>　　Defendants. | Case: 3:20-cv-07260-~~JSC~~ JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 09, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: March 09, 2021          VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughan
    Cris C. Vaughan
    Attorneys for Defendant
    The Mission 38 Partners

Dated: March 10, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for The Mission 38 Partners, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: March 09, 2021        CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Seabock
                                 Amanda Seabock
                                 Attorneys for Plaintiff